Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Suite 201
Los Angeles, California 90014
tel:   (213) 465-4802
fax:   (213) 465-4803

Attorneys for Plaintiff and Putative Class

**SEYFARTH SHAW LLP**
Brian P. Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

**SEYFARTH SHAW LLP**
Reiko Furuta (SBN 169206)
rfuruta@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
RAYPAK, INC. and RICH BENDURE

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kevin Valle Urena**, an individual, | CASE NO. 2:22-CV-02636-GW-GJS |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| **Raypak, Inc.**, a California corporation, **Rich Bendure**, an individual, and **Does 1-10**, inclusive, | Case Filed:  February 22, 2022<br>Trial Date: None Set |
| Defendants. | |

# [PROPOSED] ORDER

Based upon the Parties' Joint Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT** the Action is REMANDED to the jurisdiction of the Superior Court of the County of Ventura.

**IT IS SO ORDERED.**

Dated: May 16, 2022

_____
Hon. George H. Wu, U.S. DISTRICT JUDGE